4857-3981-2492

*Electronically Filed*
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:22-cv-00178-BJB

ESTATE OF DYLAN AKERS                          PLAINTIFF

v.

DEPUTY GARY HICKS, individually, et al.                  DEFENDANTS

## AGREED ORDER OF DISMISSAL

This Court, upon submission from the parties, being sufficiently advised that the parties have resolved their dispute:

**IT IS HEREBY ORDERED** that this matter is **DISMISSED**, with prejudice, as to all claims. Each party to bear their own costs.

**SO ORDERED,** this the ___ day of _____, 2023.

**HAVE SEEN AND AGREED**:

/s/ Stacey A. Blankenship, Esq.
*Counsel for Deputy Gary Hicks, Trigg County Fiscal Court,*
*Deputy Jailer Wes Campbell, Brad Hewell, and*
*Christian County Circuit Court*

/s/ D. Wes Sullenger (w/permission)
D. Wes Sullenger, Esq.
*Counsel for Plaintiff*

/s/ L. Scott Miller (with permission)
L. Scott Miller, Esq.
*Counsel for Aaron Acree*

4857-3981-2492